# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DISTRICT

**KAYUNDRA NORRIS HUNT**                                                      **PLAINTIFF**

v.                      **CASE NO: 4:14CV00172 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, Hunt's complaint [Doc. No. 2] is dismissed without prejudice and the commissioner's decision is affirmed. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 29th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE